JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JEROME CAPELTON,

               Petitioner,

   v.

DAVID SHINN, Warden,

             Respondent.

Case No. ED CV 18-01184 AFM

**JUDGMENT**

     In accordance with the Memorandum and Order Dismissing Petition Without Prejudice filed herewith,

     IT IS HEREBY ORDERED AND ADJUDGED that respondent's motion to dismiss the petition is granted, and the Petition is dismissed without prejudice.

DATED: 12/12/2018

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE